# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ANNY CRUZ, et. al. ) | Case No. |
| See Attachment - Defendant List ) | 20-mj-2623-MBB |
| ) | |
| ) | |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   May 2018 to 12/8/2020   in the county of   Essex and elsewhere   in the District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(B)(vi) | Conspiracy to distribute and possess with intent to distribute 400 grams or more of fentanyl and cocaine |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent James Keczkemethy

☑ Continued on the attached sheet.

*/s/ James Keczkemethy*
Complainant's signature

James Keczkemethy, DEA Special Agent
Printed name and title

Attested and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on:

Date:   12/14/2020

City and state:   Brookline, Massachusetts

HON. MARIANNE B. BOWLER
United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | MJ no. | 20-2623-MBB |
| | ) | | 20-2624-MBB |
| (1) Anny CRUZ; | ) | | 20-2625-MBB |
| (2) Jorge Luis Diaz, a/k/a Y.R.M. a/k/a "Gringuito," a/k/a "COSITA"; | ) | | 20-2626-MBB |
| | ) | | 20-2627-MBB |
| (3) Oliver Alexander Perez Soto, a/k/a E.A., a/k/a "Perezoso," a/k/a "DEMONIO"; | ) | | 20-2628-MBB |
| | ) | | 20-2629-MBB |
| (4) FNU LNU, a/k/a R.C.R., a/k/a "Vecino," a/k/a "FLACO"; | ) | | 20-2630-MBB |
| | ) | | 20-2631-MBB |
| (5) Oscar David Mejia Rodriguez, a/k/a "MANGUERA"; | ) | | |
| (6) Jorge Ramon Rodriguez Jimenez, a/k/a "CIBAO"; | ) | | |
| (7) Junior Rafael De La Rosa, a/k/a "Guayacan"; | ) | | |
| (8) Rosalba Bernechea, a/k/a "REBUSERA" | ) | | |
| (9) Elvin MENDOZA; | ) | | |
| (10) James CANN; | ) | | |
| (11) Hector Mejia, a/k/a "TIO"; | ) | | |
| (12) Jesus ROJAS, a/k/a "Gordo," and | ) | | |
| (13) Erick Andres MARTINEZ | ) | | |
| Defendants | ) | | |

## Attachment - Defendant List

(1) Anny CRUZ ("CRUZ");

(2) Jorge Luis Diaz, a/k/a Y.R.M. a/k/a "Gringuito", a/k/a "COSITA" ("COSITA") [1];

---

[1] Initials are used to represent the fraudulent identities used by Target Subjects to protect the true individuals, who are not involved in the criminal conduct described in this affidavit.

(3) Oliver Alexander Perez Soto, a/k/a E.A., a/k/a "Perezoso", a/k/a "DEMONIO" ("DEMONIO"); Dominican Republic, Spanish

(4) FNU LNU, a/k/a R.C.R., a/k/a "Vecino", a/k/a "FLACO" ("FLACO");

(5) Oscar David Mejia Rodriguez, a/k/a "MANGUERA" ("MANGUERA");

(6) Jorge Ramon Rodriguez Jimenez, a/k/a "CIBAO" ("CIBAO");

(7) Junior Rafael De La Rosa, a/k/a "GUAYACAN" ("GUAYACAN");

(8) Rosalba Bernechea, a/k/a "REBUSERA" ("REBUSERA")

(9) Elvin MENDOZA ("MENDOZA");

(10) James Richard CANN, a/k/a "Rick", a/k/a "Rich" ("CANN");

(11) Hector Mejia, a/k/a "TIO" ("TIO");

(12) Jesus ROJAS, a/k/a "Gordo" ("ROJAS"); and

(13) Erick Andres MARTINEZ

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Philip C. Cheng*
Philip C. Cheng
Assistant U.S. Attorney

Date: December 14, 2020

2